**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**YERVANT COX, JAMARI DELEON,**
**GEORGE FRANCESCHI, KOREY**
**WALKER, EDGAR SERRANO,**
**GERRELL LOVETTE, DAVID SHEETS,**
**and JOSEPH FOX,**

                **Plaintiffs,**

**-vs-**                                        **Case No. 6:08-cv-216-Orl-22DAB**

**APPLIANCE DIRECT INC.,**

                **Defendant.**

_____

**ORDER**

This cause is before the Court on Defendant's Motions to Dismiss as to David Sheets, Jamari Deleon, and Gerrell Lovette (Doc. Nos. 44, 45, 46, 47, and 57).

The United States Magistrate Judge has submitted a report recommending that the Motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed June 16, 2008 (Doc. No. 63) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motions to Dismiss as to David Sheets, Jamari Deleon, and Gerrell Lovette (Doc. Nos. 44, 45, 46, 47, and 57) are **DENIED**.

    **DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 3, 2008.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record

ANNE C. CONWAY  
United States District Judge