**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**YERVANT COX, JAMARI DELEON,
GEORGE FRANCESCHI, KOREY
WALKER, EDGAR SERRANO,
GERRELL LOVETTE, DAVID SHEETS,
and JOSEPH FOX,**

                **Plaintiffs,**

**-vs-**                                                  Case No. 6:08-cv-216-Orl-22DAB

**APPLIANCE DIRECT INC.,**

                **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

     This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO DISMISS AUGUSTA WILLIAMS (Doc. No. 134)**
>
> **FILED:**      **July 30, 2009**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

     The motion is unopposed (Doc. No. 135) and is otherwise due to be granted. As the parties agree that Mr. Williams has already obtained relief in a previous case on identical facts alleged here, the Court **respectfully recommends** that his claim be **dismissed, with prejudice.**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 3, 2009.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy