# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**YERVANT COX, JAMARI DELEON,
GEORGE FRANCESCHI, KOREY
WALKER, EDGAR SERRANO,
GERRELL LOVETTE, DAVID SHEETS,
and JOSEPH FOX,**

              **Plaintiffs,**

**-vs-**                              Case No. 6:08-cv-216-Orl-22DAB

**APPLIANCE DIRECT INC.,**

              **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion for Sanctions Regarding Filing of Answers to Court Interrogatories (Doc. No. 125) filed on July 16, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted and that the claims of the 30 listed opt-in Plaintiffs be dismissed without prejudice for their failure to file answers to court interrogatories.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 29, 2009 (Doc. No. 133) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Sanctions Regarding Filing of Answers to Court Interrogatories (Doc. No. 125) is **GRANTED**.

3. The 30 opt-in Plaintiffs listed in the Report and Recommendation are hereby dismissed, without prejudice, from this action. The Clerk is directed to terminate them as parties to this action.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 20, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge