# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**YERVANT COX, JAMARI DELEON,
GEORGE FRANCESCHI, KOREY
WALKER, EDGAR SERRANO,
GERRELL LOVETTE, DAVID SHEETS,
and JOSEPH FOX,**

                **Plaintiffs,**

**-vs-**                                              **Case No. 6:08-cv-216-Orl-22DAB**

**APPLIANCE DIRECT INC.,**

                **Defendant.**

_____

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss With Prejudice Plaintiff, Augusta Williams (Doc. No. 134) filed on July 30, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted as the parties agree that Mr. Williams has already obtained relief in a previous case on identical facts. (Case No. 6:07-cv-604-Orl-31UAM).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 3, 2009 (Doc. No. 136) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss With Prejudice Plaintiff, Augusta Williams (Doc. No. 134) is **GRANTED**.

3. The claim of Augusta Williams is hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to terminate him as a party to this action

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 21, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge