# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**YERVANT COX,**
**and others similar situated,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:08-cv-216-Orl-22DAB**

**APPLIANCE DIRECT INC.,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the Motion for Award of Attorney's Fees (Doc. No. 167) filed on March 23, 2010.

The United States Magistrate Judge has submitted a Report recommending that the Motion be granted as set forth therein.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 16, 2010 (Doc. No. 169) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Award of Attorney's Fees (Doc. No. 167) is GRANTED in part. Plaintiffs are hereby awarded attorneys' fees in the amount of **$66,342.50, with costs to be taxed by the Clerk.**

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 4, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge