**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**YERVANT COX, JAMARI DELEON,**
**GEORGE FRANCESCHI, KOREY**
**WALKER, EDGAR SERRANO,**
**GERRELL LOVETTE, DAVID SHEETS,**
**and JOSEPH FOX,**

           **Plaintiffs,**

**-vs-**                                        **Case No. 6:08-cv-216-Orl-22DAB**

**APPLIANCE DIRECT INC.,**

           **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on review of the Status Report filed by Defendant (Doc. No. 202). This case has been stayed pursuant to the provisions of 11 U.S.C. § 362, as Defendant had filed for bankruptcy protection. According to the Report, the Bankruptcy Court has now entered an Order approving the Debtor's Joint Plan of Reorganization "which discharged Plaintiffs' debt." As such, it is **recommended** that this action be dismissed.

      Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

      Recommended in Orlando, Florida on January 3, 2012.

                                                        *David A. Baker*
                                               DAVID A. BAKER
                                       UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy