**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

YERVANT COX, JAMARI DELEON,
GEORGE FRANCESCHI, KOREY
WALKER, EDGAR SERRANO,
GERRELL LOVETTE, DAVID SHEETS,
and JOSEPH FOX,

           **Plaintiffs,**

-vs-                                      Case No.  6:08-cv-216-Orl-22DAB

APPLIANCE DIRECT INC.,

           **Defendant.**
_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 203) filed on January 3, 2012.

The United States Magistrate Judge has submitted a report recommending that the action be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed January 3, 2012 (Doc. No. 203) is ADOPTED and CONFIRMED and made a part of this Order.

2. This action is hereby DISMISSED.

3. Defendant is relieved of the obligation to file status reports.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 20, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party